**UNITED STATES DISTRICT COURT**
**DISTRICT OF SOUTH CAROLINA**
**CHARLESTON DIVISION**

| | |
|---|---|
| MS2 CAPITAL, LLC, a Georgia Limited Liability Company, | |
| | |
| Plaintiff, | Case No.: 2:26-cv-01319-RMG |
| | |
| v. | |
| | **STIPULATION OF DISMISSAL OF** |
| | **DEFENDANT HUANG HUANG CHEN** |
| RAJ SUTHAR, an individual, and HUANG HUANG CHEN, a/k/a "ROMAN," a/k/a "COOKERFLIPS," a/k/a "WEFREEZETIME," a/k/a "TIMEFREEZE," a/k/a "LUCKY CHEN," an individual, and JOHN DOES 1-10, | |
| | |
| Defendants. | |

**STIPULATION OF DISMISSAL OF DEFENDANT HUANG HUANG CHEN**

Plaintiff stipulates a dismissal without prejudice of Defendant Huang Huang Chen (including various also known as aliases in the above caption) in the above-referenced matter. Plaintiff expects to be filing an Amended Complaint with a fuller explanation of the reasoning for this dismissal and intends to do so within the next seven (7) to ten (10) days.

[*Signature Page to Follow*]

Respectfully submitted,


By:    /s/ Joseph P. Carlasare
        Joseph P. Carlasare (*Admitted Pro Hac Vice)*
        AMUNDSEN DAVIS, LLC
        150 North Michigan Avenue, Suite 3500
        Chicago, Illinois 60601
        Telephone: (312) 894-3200
        Facsimile:  (312) 894-3210
        jcarlasare@amundsendavislaw.com,


By:    /s/ Mark V. Gende
        Mark S. Barrow, Esq., Fed. I.D. No. 1220
        Mark V. Gende, Esq., Fed. I.D. No. 9448
        Kara N. Wagstaff, Esq., Fed I.D. No. 14620
        Sweeny, Wingate & Barrow, PA
        1515 Lady St.
        Columbia, SC 29201
        Telephone: (803) 256-2233
        Facsimile: (803) 256-9177
        msb@swblaw.com
        mvg@swblaw.com
        knw@swblaw.com

**ATTORNEYS FOR THE PLAINTIFF**


Columbia, South Carolina

June 1, 2026